**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-10497 |
| Plaintiff - Appellee, | No. 09-10498 |
| v. | D.C. No. 4:09-cr-50058-JMR |
|  | D.C. No. 4:09-cr-00400-JMR |
| SANTIAGO YANEZ-MARTINEZ, | MEMORANDUM[*] |
| Defendant - Appellant. |  |

Appeal from the United States District Court
for the District of Arizona
John M. Roll, Chief Judge, Presiding

Submitted December 19, 2011[**]

Before:    GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

In these consolidated appeals, Santiago Yanez-Martinez appeals from his

guilty-plea conviction and 51-month sentence for reentry after deportation, in

violation of 8 U.S.C. § 1326, and from the revocation of his supervised release and

the 9-month sentence imposed upon revocation. Pursuant to *Anders v. California*,

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

386 U.S. 738 (1967), Yanez-Martinez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

With respect to both cases, we dismiss the appeals in light of the valid appeal waivers. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000).

Counsel's motion to withdraw is **GRANTED**, and the appeals are **DISMISSED**.